**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>R. RUDNICK & CO.<br>v.<br>OCCU-SPORT PHYSICAL THERAPY OF DARIEN, LLC,<br>OCCU-SPORT PHYSICAL THERAPY OF PALOS HEIGHTS, P.C. and JOHN DOES 1-10 | Case Number:<br>FILED: MAY 16, 2008<br>08 cv 2879   JH<br>JUDGE DARRAH<br>MAGISTRATE JUDGE COLE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants Occu-Sports Physical Therapy of Darien, LLC and Occu-Sport Physical Therapy of Palos Heights, P.C.

| |
|---|
| NAME (Type or print)<br>Anthony C. Valiulis |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Anthony C. Valiulis |
| FIRM<br>Much Shelist Denenberg Ament & Rubenstein, P.C. |
| STREET ADDRESS<br>191 N. Wacker Dr., Suite 1800 |
| CITY/STATE/ZIP<br>Chicago, IL  60606-1615 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>2883007 | TELEPHONE NUMBER<br>(312) 521-2000 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐