# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                           Case Number: 08 C 2879
R. RUDNICK & CO.,
                              Plaintiff
   v.
OCCU-SPORT PHYSICAL THERAPY OF DARIEN, LLC, ET AL.
                              Defendants.

**AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:**
Occu-Sport Physical Therapy of Darien, LLC and
Occu-Sport Physical Therapy of Palos Heights, P.C.

| |
|---|
| NAME (Type or print)<br><br>Edward D. Shapiro |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br><br>/s/Edward D. Shapiro |
| FIRM<br><br>MUCH SHELIST DENENBERG AMENT & RUBENSTEIN, P.C. |
| STREET ADDRESS<br><br>191 North Wacker Drive, Suite 1800 |
| CITY/STATE/ZIP<br><br>Chicago, Illinois  60606-1615 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06226069 | (312) 521-2000 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ |

777226_1