# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **R. RUDNICK & CO.,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | **No.  08 cv 2879** |
| **v.** | ) | |
| | ) | **Judge Darrah** |
| **OCCU-SPORT PHYSICAL THERAPY** | ) | **Magistrate Judge Cole** |
| **OF DARIEN, LLC, OCCU-SPORT** | ) | |
| **PHYSICAL THERAPY OF PALOS** | ) | |
| **HEIGHTS, P.C., and JOHN DOES 1-10** | ) | |
| | ) | |
| **Defendants** | ) | |

_____

## UNOPPOSED MOTION FOR ADDITIONAL TIME
## TO ANSWER OR OTHERWISE PLEAD

Defendants, Occu-Sport Physical Therapy of Darien, LLC and Occu-Sport Physical Therapy of Palos Heights, P.C., ("Defendants'), by their attorneys, file this motion seeking additional time to answer or otherwise plead to and including June 23, 2008.  In support of their motion, Defendants state as follows:

1.       This action was removed to federal court on May 16, 2008.

2.       Plaintiff filed an Amended Complaint on May 20, 2008.

3.       Defendants' answer or other responsive pleading is currently due on June 9, 2008.

4.       Due to prior work commitments and other obligations, Defendants' counsel require a short extension of time, to and including June 23, 2008, to file their answer or otherwise plead.

5.      On May 27, 2008, Defendants' counsel telephoned Plaintiff's counsel requesting additional time to answer or otherwise plead.  Plaintiff's counsel is not opposed to the additional time.

WHEREFORE, Defendants request that this Court grant them until June 23, 2008 to answer or otherwise plead.

Respectfully submitted,

**OCCU-SPORT PHYSICAL THERAPY OF DARIEN, LLC & OCCU-SPORT PHYSICAL THERAPY OF PALOS HEIGHTS, P.C.,**

**By:** ___/s/ Melinda J. Morales_____
**One of Their Attorneys**

Anthony C. Valiulis (#2883007)
Melinda J. Morales (#06244692)
**Much Shelist Denenberg
  Ament & Rubenstein, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, Illinois  60606
(312) 521-2000