IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| R. RUDNICK & CO., ) | |
| ) | |
| **Plaintiff** ) | |
| ) | No.  08 cv 2879 |
| v. ) | |
| ) | **Judge Darrah** |
| OCCU-SPORT PHYSICAL THERAPY ) | **Magistrate Judge Cole** |
| OF DARIEN, LLC, OCCU-SPORT ) | |
| PHYSICAL THERAPY OF PALOS ) | |
| HEIGHTS, P.C., and JOHN DOES 1-10 ) | |
| ) | |
| **Defendants** ) | |

### NOTICE OF MOTION

To:   Daniel A. Edelman
Cathleen M. Combs
Michelle R. Teggelaar
Heather A. Kolbus
EDELMAN, COMBS, LATTURNER
 & GOODWIN, LLC
120 S. LaSalle St., 18th Floor
Chicago, IL  60603

**PLEASE TAKE NOTICE** that on Tuesday, June 3, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge John W. Darrah or any judge sitting in his stead, in courtroom 1203 in the United States District Court, 219 S. Dearborn St., Chicago, Illinois, and then and there present Defendants' **Unopposed Motion for Additional Time to Answer or Otherwise Plead**, a copy of which is attached hereto and hereby served upon you.

**OCCU-SPORT PHYSICAL THERAPY OF
DARIEN, LLC & OCCU-SPORT
PHYSICAL THERAPY OF PALOS
HEIGHTS, P.C.,**

By:    /s/ Melinda J. Morales
**One of its Attorneys**

Anthony C. Valiulis (#2883007)
Melinda J. Morales (#06244692)
**Much Shelist Denenberg
 Ament & Rubenstein, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, Illinois  60606
(312) 521-2000

## CERTIFICATE OF SERVICE

I, Melinda J. Morales, an attorney, certify that, on this 27th day of May, 2008, I electronically filed Defendants' **Notice of Motion** and **Unopposed Motion for Additional Time to Answer or Otherwise Plead** with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to the following:

>Daniel A. Edelman
>Cathleen M. Combs
>Michelle R. Teggelaar
>Heather A. Kolbus
>EDELMAN, COMBS, LATTURNER
>  & GOODWIN, LLC
>120 S. LaSalle St., 18th Floor
>Chicago, IL  60603

>/s/ Melinda J. Morales
>Melinda J. Morales