UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| R. RUDNICK & CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 08 C 2879 |
| v. | ) | |
| | ) | Judge Darrah |
| OCCU-SPORT PHYSICAL THERAPY | ) | Magistrate Judge Cole |
| OF DARIEN, LLC, and OCCU-SPORT | ) | |
| PHYSICAL THERAPY OF PALOS HEIGHTS, | ) | |
| P.C. and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT REPORT OF THE PARTIES

Plaintiff R. Rudnick & Co. represented by counsel from Edelman, Combs, Latturner & Goodwin, LLC and Defendants Occu-Sport Physical Therapy of Darien, LLC and Occu-Sport Physical Therapy of Palos Heights, P.C. represented by counsel from Much Shelist Denenberg Ament & Rubenstein, P.C. hereby submit this joint report pursuant to Fed. R. Civ. P. 26(f). In accordance with this Court's order dated May 27, 2008, the parties have met and conferred for the purposes of preparing the following proposed schedule. The Court has set an initial status conference on June 26, 2008 at 9:00 a.m. The parties state as follows:

    1.    **Pre-trial Schedule**. The parties jointly propose to the Court the following discovery plan:

    a.    Discovery will be needed on the following subjects: Plaintiff will need discovery from defendants, and possibly third parties, regarding to whom and when the allegedly unsolicited advertising faxes were sent. Plaintiff needs sufficient time in discovery to determine whether any parties need to be added, to add such parties, and to take discovery from them, if necessary. Plaintiff may need to hire an expert to determine the manner of faxing and the identities or fax numbers of fax recipients and/or to inspect the facsimile equipment. Plaintiff will also need discovery on any affirmative defenses Defendants may raise. Defendants

will need discovery on all aspects of Plaintiff's Amended Complaint, and may need to hire their own experts.

      b.     Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) to be made by June 30, 2008.  All discovery to be commenced in time to be completed by October 15, 2009.

      c.     The parties expect they will need approximately 10 depositions.

      d.     Reports from retained experts under Rule 26(a)(2) due:

      from plaintiff by June 26, 2009.

      from defendant by July 31, 2009.

      rebuttal experts from plaintiff by August 28, 2009.

      rebuttal experts from defendants by September 25, 2009.

      e.     Parties should be allowed until November 26, 2008 to join additional parties and to amend the pleadings.

      f.     All potentially dispositive motions should be filed by November 15, 2009.

      g.     The parties request a final pretrial conference to be set by this court in accordance with Fed. R. Civ. P. 16 and Local Rule 16.2.

      h.     The case should be ready for trial by January, 2010.  Plaintiff, at this time, expects that a trial will take approximately 2 days. Defendants believe that a trial will take approximately 3-5 days.

    2.     **Settlement**.  On June 10, 2008, plaintiff's counsel sent defendants' counsel a letter to identify and investigate any opportunities for early resolution of this case. Defendants' counsel have responded that they will confer with their clients and respond accordingly.

    3.     **Consent**.  The parties do not unanimously consent to proceed before a Magistrate Judge.

Respectfully submitted,

| | |
|---|---|
| /s/ Heather Kolbus | /s/ Melinda J. Morales (w/ permission) |
| Daniel A. Edelman | Anthony C. Valiulis |
| Heather Kolbus | Melinda J. Morales |
| EDELMAN, COMBS, LATTURNER & GOODWIN, LLC | MUCH SHELIST DENENBERG AMENT & RUBENSTEIN, P.C. |
| 120 S. LaSalle Street, 18th Floor | 191 N. Wacker Drive, Suite 1800 |
| Chicago, Illinois 60603 | Chicago, IL 60606 |
| (312) 739-4200 | (312) 521-2000 |
| (312) 419-0379 (FAX) | (312) 521-2100 (FAX) |