## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| R. RUDNICK & CO., ) | |
| ) | |
| Plaintiff, ) | |
| ) | 08 C 2879 |
| v. ) | |
| ) | Judge Darrah |
| OCCU-SPORT PHYSICAL THERAPY ) | Magistrate Judge Cole |
| OF DARIEN, LLC, and OCCU-SPORT ) | |
| PHYSICAL THERAPY OF PALOS HEIGHTS, ) | |
| P.C. and JOHN DOES 1-10, ) | |
| ) | |
| Defendants. ) | |

### RE[1]-NOTICE OF MOTION

**TO:** Please see certificate of service.

**PLEASE TAKE NOTICE** that on June 26, 2008, at 9:00 a.m., we shall appear before Judge Darrah in Room 1203 of the United States District Court for the Northern District of Illinois and present: **PLAINTIFF'S MOTION FOR LEAVE TO FILE A CORRECTED AMENDED COMPLAINT,** *INSTANTER*, a copy of which is attached hereto and hereby served upon you.

    /s/ Daniel A. Edelman
    Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

---

[1] This motion is being re-noticed to correct for an error in the original electronic filing of this motion.

## **CERTIFICATE OF SERVICE**

       I, Daniel A. Edelman, certify that on June 18, 2008, I caused a true and accurate copy of the foregoing document to be served upon the parties listed below via the court's CM/ECF system:

Melinda J. Morales
mmorales@muchshelist.com

Anthony C. Valiulis
tvaliulis@muchshelist.com

Edward D. Shapiro
eshapiro@muchshelist.com

Cassandra M. Crane
ccrane@muchshelist.com

                                                      /s/ Daniel A. Edelman
                                                      Daniel A. Edelman