IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| R. RUDNICK & CO., | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 2879 |
| | ) | |
| vs. | ) | Honorable John W. Darrah |
| | ) | |
| OCCU-SPORT PHYSICAL THERAPY | ) | Honorable Jeffrey Cole |
| OF DARIEN, LLC, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR LEAVE TO SUBSTITUTE COUNSEL**

Pursuant to Local Rule 83.17, the defendants Occu-Sport Physical Therapy of Darien, LLC and Occu-Sport Physical Therapy Services of Palos Heights, P.C. seek leave of court to substitute counsel. This case is at the earliest stages of proceedings (with the initial status hearing set for June 26, 2008). Therefore, substitution of counsel will not cause any delay or prejudice to the plaintiff or the Court.

WHEREFORE, the defendants request that the Court enter an order, allowing:

(a) Melinda J. Morales, Anthony C. Valiulis, Edward D. Shapiro and Cassandra M. Crane of Much Shelist Denenberg Ament & Rubenstein, P.C. to withdraw their appearances for those defendants; and

(b) Marion B. Adler and Darnella J. Ward of Rachlis Durham Duff & Adler, LLC to file appearances on behalf of those defendants.

                        Respectfully submitted,

                        Occu-Sport Physical Therapy of Darien, LLC and Occu-Sport Physical Therapy Services of Palos Heights, P.C

                        /s/ Melinda J. Morales
Melinda J. Morales (#06244692)
Anthony C. Valiulis (#2883007)
Edward D. Shapiro (#06226069)
Cassandra M. Crane (#6288406)
Much Shelist Denenberg Ament & Rubenstein, P.C.
191 N. Wacker Drive, Suite 1800
Chicago, Illinois 60606
312-521-2434

Dated: June 23, 2008