IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| R. RUDNICK & CO., | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 2879 |
| | ) | |
| vs. | ) | Honorable John W. Darrah |
| | ) | |
| OCCU-SPORT PHYSICAL THERAPY OF DARIEN, LLC, et al. | ) ) ) | Honorable Jeffrey Cole |
| | ) | |
| Defendants. | ) | |

NOTICE OF MOTION

To:   Daniel A. Edelman
      Cathleen M Combs
      James O. Latturner
      Heather Kolbus
      EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
      120 S. LaSalle St., Suite 1800
      Chicago, IL  60603

**PLEASE TAKE NOTICE** that on Thursday, June 26, 2008, at 9:00 a.m., I shall appear before the Honorable Judge John W. Darrah or any judge sitting in his stead, in courtroom 1203 of the United States District Court, 219 S. Dearborn St., Chicago, Illinois, and then and there present **Defendants' Motion for Leave to Substitute Counsel**, a copy of which is attached hereto and hereby served upon you.

                                            **OCCU-SPORT PHYSICAL THERAPY OF
                                            DARIEN, LLC & OCCU-SPORT
                                            PHYSICAL THERAPY OF PALOS
                                            HEIGHTS, P.C.,**

                                            By:   __/s/ Melinda J. Morales____
                                                  **One of its Attorneys**

Anthony C. Valiulis (#2883007)
Melinda J. Morales (#06244692)
Edward D. Shapiro (#06226069)
Cassandra M. Crane (#6288406)
**Much Shelist Denenberg
 Ament & Rubenstein, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, Illinois  60606
(312) 521-2000

## CERTIFICATE OF SERVICE

I, Melinda J. Morales, an attorney, certify that, on this 23rd day of June, 2008, I electronically filed Defendants' **Notice of Motion** and **Defendants' Motion for Leave to Substitute Counsel** with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to the following:

>Daniel A. Edelman
>Cathleen M. Combs
>Heather A. Kolbus
>EDELMAN, COMBS, LATTURNER
>  & GOODWIN, LLC
>120 S. LaSalle St., 18th Floor
>Chicago, IL  60603


>   /s/ Melinda J. Morales
>Melinda J. Morales