IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| R. RUDNICK & CO., | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 2879 |
| | ) | |
| vs. | ) | Honorable John W. Darrah |
| | ) | |
| OCCU-SPORT PHYSICAL THERAPY OF DARIEN, LLC, et al. | ) ) | Honorable Jeffrey Cole |
| | ) | |
| Defendants. | ) | |

**DEFENDANT OCCU-SPORT PHYSICAL THERAPY
OF DARIEN, LLC, LOCAL RULE 3.2 STATEMENT**

The non-governmental corporate party, **Occu-Sport Physical Therapy of Darien, LLC,** in the above listed civil action, was merged into Accelerated Rehabilitation Centers, Ltd. on May 9, 2008, with Accelerated Rehabilitation Centers, Ltd. being the surviving entity. Accelerated Rehabilitation Centers, Ltd., has no publicly held affiliates.

June 24, 2008.                              Respectfully submitted,

**Occu-Sport Physical Therapy Services of Darien, P.C.,**

**By:/s/    Melinda J. Morales**
         One of Its Attorneys

Anthony C. Valiulis (#2883008)
Melinda J. Morales (#06244692)
Edward D. Shapiro (#06226069)
Cassandra M. Crane (#6288406
**MUCH SHELIST DENENBERG
   AMENT & RUBENSTEIN, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
(312) 521-2000

## CERTIFICATE OF SERVICE

I, Melinda J. Morales, an attorney, certify that, on this 24th day of June, 2008, I electronically filed **Defendant Occu-Sport Physical Therapy Services of Darien, LLC, Local Rule 3.2 Statement** with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to the following:

>Daniel A. Edelman
>Cathleen M. Combs
>Heather A. Kolbus
>EDELMAN, COMBS, LATTURNER
>　& GOODWIN, LLC
>120 S. LaSalle St., 18th Floor
>Chicago, IL  60603

>　　/s/ Melinda J. Morales
>Melinda J. Morales

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| R. RUDNICK & CO., | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | No.  08 cv 2879 |
| v. | ) | |
| | ) | Judge Darrah |
| OCCU-SPORT PHYSICAL THERAPY | ) | Magistrate Judge Cole |
| OF DARIEN, LLC, ET AL., | ) | |
| | ) | |
| | ) | |
| **Defendants** | ) | |

**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT
OCCU-SPORT PHYSICAL THERAPY OF DARIEN, LLC.**

The non-governmental corporate party, **Occu-Sport Physical Therapy of Darien, LLC,** in the above listed civil action, was merged into Accelerated Rehabilitation Centers, Ltd. on May 9, 2008, with Accelerated Rehabilitation Centers, Ltd. being the surviving entity.  Accelerated Rehabilitation Centers, Ltd., has no parent corporation and no publicly held corporation owns more than 10% of its stock.

June 24, 2008.               Respectfully submitted,

**Occu-Sport Physical Therapy Services of Darien, LLC,**

**By:/s/    Melinda J. Morales**
     One of Its Attorneys

Anthony C. Valiulis (#2883008)
Melinda J. Morales (#06244692)
Edward D. Shapiro (#06226069)
Cassandra M. Crane (#6288406
**MUCH SHELIST DENENBERG
    AMENT & RUBENSTEIN, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
(312) 521-2000

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| R. RUDNICK & CO., | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | No.  08 cv 2879 |
| v. | ) | |
| | ) | **Judge Darrah** |
| OCCU-SPORT PHYSICAL THERAPY | ) | **Magistrate Judge Cole** |
| OF DARIEN, LLC, ET AL., | ) | |
| | ) | |
| | ) | |
| **Defendants** | ) | |

**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT
OCCU-SPORT PHYSICAL THERAPY OF DARIEN, LLC.**

The non-governmental corporate party, **Occu-Sport Physical Therapy of Darien, LLC,** in the above listed civil action, was merged into Accelerated Rehabilitation Centers, Ltd. on May 9, 2008, with Accelerated Rehabilitation Centers, Ltd. being the surviving entity.  Accelerated Rehabilitation Centers, Ltd., has no parent corporation and no publicly held corporation owns more than 10% of its stock.

June 24, 2008.                                         Respectfully submitted,

                                              **Occu-Sport Physical Therapy Services of Darien, LLC,**

                                              **By:/s/     Melinda J. Morales                 **
                                                   **One of Its Attorneys**

Anthony C. Valiulis (#2883008)
Melinda J. Morales (#06244692)
Edward D. Shapiro (#06226069)
Cassandra M. Crane (#6288406
**MUCH SHELIST DENENBERG
    AMENT & RUBENSTEIN, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
(312) 521-2000

## CERTIFICATE OF SERVICE

I, Melinda J. Morales, an attorney, certify that, on this 24th day of June, 2008, I electronically filed two (2) copies of **Rule 7.1 Disclosure Statement of Defendant Occu-Sport Physical Therapy Services of Darien, LLC** with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to the following:

>Daniel A. Edelman
>Cathleen M. Combs
>Heather A. Kolbus
>EDELMAN, COMBS, LATTURNER
> & GOODWIN, LLC
>120 S. LaSalle St., 18th Floor
>Chicago, IL  60603


　　　　　　　　　　　　　　　　　　　　/s/ Melinda J. Morales
　　　　　　　　　　　　　　　　　Melinda J. Morales