# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| R. RUDNICK & CO., | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 2879 |
| | ) | |
| vs. | ) | Honorable John W. Darrah |
| | ) | |
| OCCU-SPORT PHYSICAL THERAPY OF DARIEN, LLC, et al. | ) ) | Honorable Jeffrey Cole |
| | ) | |
| Defendants. | ) | |

## DEFENDANT OCCU-SPORT PHYSICAL THERAPY SERVICES OF PALOS HEIGHTS, P.C., LOCAL RULE 3.2 STATEMENT

The non-governmental corporate party, **Occu-Sport Physical Therapy Services of Palos Heights, P.C.,** in the above listed civil action, was merged into Accelerated Rehabilitation Centers, Ltd. on May 9, 2008, with Accelerated Rehabilitation Centers, Ltd. being the surviving entity. Accelerated Rehabilitation Centers, Ltd., has no publicly held affiliates.

June 24, 2008.                                   Respectfully submitted,

**Occu-Sport Physical Therapy Services of Palos Heights, P.C.,**


By:/s/___Melinda J. Morales_____
      One of Its Attorneys

Anthony C. Valiulis (#2883008)
Melinda J. Morales (#06244692)
Edward D. Shapiro (#06226069)
Cassandra M. Crane (#6288406
**MUCH SHELIST DENENBERG
   AMENT & RUBENSTEIN, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
(312) 521-2000

## CERTIFICATE OF SERVICE

I, Melinda J. Morales, an attorney, certify that, on this 24th day of June, 2008, I electronically filed **Defendant Occu-Sport Physical Therapy Services of Palos Heights, P.C., Local Rule 3.2 Statement** with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to the following:

>Daniel A. Edelman
>Cathleen M. Combs
>Heather A. Kolbus
>EDELMAN, COMBS, LATTURNER
>  & GOODWIN, LLC
>120 S. LaSalle St., 18th Floor
>Chicago, IL  60603


          /s/ Melinda J. Morales
         Melinda J. Morales

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| R. RUDNICK & CO., | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | No.  08 cv 2879 |
| v. | ) | |
| | ) | Judge Darrah |
| OCCU-SPORT PHYSICAL THERAPY | ) | Magistrate Judge Cole |
| OF DARIEN, LLC, ET AL., | ) | |
| | ) | |
| | ) | |
| **Defendants** | ) | |

**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT
OCCU-SPORT PHYSICAL THERAPY SERVICES OF PALOS HEIGHTS, P.C.**

The non-governmental corporate party, **Occu-Sport Physical Therapy Services of Palos Heights, P.C.** in the above listed civil action, was merged into Accelerated Rehabilitation Centers, Ltd. on May 9, 2008, with Accelerated Rehabilitation Centers, Ltd. being the surviving entity.  Accelerated Rehabilitation Centers, Ltd. has no parent corporation and no publicly held corporation owns more than 10% of its stock.

June 24, 2008.                                                                 Respectfully submitted,

**Occu-Sport Physical Therapy Services of Palos Heights, P.C.,**

**By:/s/     Melinda J. Morales**
     **One of Its Attorneys**

Anthony C. Valiulis (#2883008)
Melinda J. Morales (#06244692)
Edward D. Shapiro (#06226069)
Cassandra M. Crane (#6288406
**MUCH SHELIST DENENBERG
    AMENT & RUBENSTEIN, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
(312) 521-2000

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **R. RUDNICK & CO.,**           ) | |
|                                 ) | |
|     **Plaintiff**      ) | |
|                                 ) | No.  08 cv 2879 |
| v.                              ) | |
|                                 ) | Judge Darrah |
| **OCCU-SPORT PHYSICAL THERAPY** ) | Magistrate Judge Cole |
| **OF DARIEN, LLC, ET AL.,**     ) | |
|                                 ) | |
|                                 ) | |
|     **Defendants**     ) | |

**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT**
**OCCU-SPORT PHYSICAL THERAPY SERVICES OF PALOS HEIGHTS, P.C.**

The non-governmental corporate party, **Occu-Sport Physical Therapy Services of Palos Heights, P.C.** in the above listed civil action, was merged into Accelerated Rehabilitation Centers, Ltd. on May 9, 2008, with Accelerated Rehabilitation Centers, Ltd. being the surviving entity.  Accelerated Rehabilitation Centers, Ltd. has no parent corporation and no publicly held corporation owns more than 10% of its stock.

June 24, 2008.                                   Respectfully submitted,

                                                       **Occu-Sport Physical Therapy Services of Palos Heights, P.C.,**

                                                       **By:/s/     Melinda J. Morales**
                                                              **One of Its Attorneys**

Anthony C. Valiulis (#2883008)
Melinda J. Morales (#06244692)
Edward D. Shapiro (#06226069)
Cassandra M. Crane (#6288406
**MUCH SHELIST DENENBERG**
   **AMENT & RUBENSTEIN, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
(312) 521-2000

## CERTIFICATE OF SERVICE

I, Melinda J. Morales, an attorney, certify that, on this 24th day of June, 2008, I electronically filed two (2) copies of **Rule 7.1 Disclosure Statement of Defendant Occu-Sport Physical Therapy Services of Palos Heights, P.C.** with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to the following:

>Daniel A. Edelman
>Cathleen M. Combs
>Heather A. Kolbus
>EDELMAN, COMBS, LATTURNER
>  & GOODWIN, LLC
>120 S. LaSalle St., 18th Floor
>Chicago, IL  60603


>         /s/ Melinda J. Morales
>Melinda J. Morales