UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| R. RUDNICK & CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 08 C 2879 |
| v. | ) | |
| | ) | Judge Darrah |
| OCCU-SPORT PHYSICAL THERAPY | ) | Magistrate Judge Cole |
| OF DARIEN, LLC, and OCCU-SPORT | ) | |
| PHYSICAL THERAPY OF PALOS HEIGHTS, | ) | |
| P.C. and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S LOCAL RULE 3.2 STATEMENT**

Plaintiff R. Rudnick & Co. is a privately held corporation. It does not have any publicly held affiliates.

                                            s/ Heather Kolbus
                                            Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

1

## **CERTIFICATE OF SERVICE**

I, Heather Kolbus, certify that on June 26, 2008 I caused a true and accurate copy of the foregoing document to be served upon the party listed below via the Court's CM/ECF system.

Melinda J. Morales
mmorales@muchshelist.com

Anthony C. Valiulis
tvaliulis@muchshelist.com

Edward D. Shapiro
eshapiro@muchshelist.com

Cassandra M. Crane
ccrane@muchshelist.com

Marion B. Adler
madler@rddlaw.net

Darnella J. Ward
dward@rddlaw.net


   /s/ Heather Kolbus
Heather Kolbus