UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| R. RUDNICK & CO., )  )  Plaintiff, )  )  v. )  )  OCCU-SPORT PHYSICAL THERAPY )  OF DARIEN, LLC, and OCCU-SPORT )  PHYSICAL THERAPY OF PALOS HEIGHTS, )  P.C. and JOHN DOES 1-10, )  )  Defendants. ) | 08 C 2879  Judge Darrah  Magistrate Judge Cole |

### PLAINTIFF'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Plaintiff R. Rudnick & Co. is a privately held corporation. It does not have any parent corporation, nor does any public corporation own 10% or more of its stock.

                                                      s/ Heather Kolbus
                                                      Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

1

## **CERTIFICATE OF SERVICE**

   I, Heather Kolbus, certify that on June 26, 2008 I caused a true and accurate copy of the foregoing document to be served upon the party listed below via the Court's CM/ECF system.

Melinda J. Morales
mmorales@muchshelist.com

Anthony C. Valiulis
tvaliulis@muchshelist.com

Edward D. Shapiro
eshapiro@muchshelist.com

Cassandra M. Crane
ccrane@muchshelist.com

Marion B. Adler
madler@rddlaw.net

Darnella J. Ward
dward@rddlaw.net


                 /s/ Heather Kolbus
                Heather Kolbus