# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2879 | **DATE** | 6/26/2008 |
| **CASE TITLE** | R. Rudnick & Company vs. Occu-Sport Physical Therapy of Darien | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for leave to file a corrected amended complaint [22] is granted. Amended complaint to be filed by 7/3/08. Defendants' motion for leave to substitute attorney [24] is granted. Defendants to answer by 8/5/08. All discovery is ordered closed on 10/15/09. Pretrial conference set for 2/2/10 at 1:30 p.m. Jury trial set for 2/8/10 at 9:00 a.m. Rule 26(a)(1) disclosures to be exchanged by 7/15/08.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|