**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| R. RUDNICK & CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 08 C 2879 |
| v. | ) | |
| | ) | |
| ACCELERATED REHABILIATION | ) | |
| CENTERS, LTD. successor by merger to | ) | Judge Darrah |
| OCCU-SPORT PHYSICAL THERAPY | ) | Magistrate Judge Cole |
| OF DARIEN, LLC, and OCCU-SPORT | ) | |
| PHYSICAL THERAPY SERVICES OF | ) | |
| PALOS HEIGHTS, P.C. and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

**TO:**   Please see certificate of service.

    **PLEASE TAKE NOTICE** that on June 30, 2008, we caused to be filed with the clerk of the United States District Court for the Northern District of Illinois, the following document: **CORRECTED AMENDED COMPLAINT**, copies of which are attached hereto and hereby served upon you.

                                                                               /s/ Heather Kolbus
                                                                               Heather Kolbus

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

I, Heather Kolbus, certify that on June 30, 2008, I caused a true and accurate copy of the foregoing document to be served upon the parties listed below via the court's CM/ECF system:

Melinda J. Morales
mmorales@muchshelist.com

Anthony C. Valiulis
tvaliulis@muchshelist.com

Edward D. Shapiro
eshapiro@muchshelist.com

Cassandra M. Crane
ccrane@muchshelist.com

Marion B. Adler
madler@rddlaw.net

Darnella J. Ward
dward@rddlaw.net


/s/ Heather Kolbus
Heather Kolbus