

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2879 | **DATE** | 6/26/2008 |
| **CASE TITLE** | R. Rudnick & Co. Vs. Occu-Sport Physical Therapy of Darien | | |

**DOCKET ENTRY TEXT**

Enter Scheduling Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|