UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| R. RUDNICK & CO., | ) |
| Plaintiff, | ) ) ) ) 08 C 2879 |
| v. | ) ) Judge Darrah |
| OCCU-SPORT PHYSICAL THERAPY OF DARIEN, LLC, and OCCU-SPORT PHYSICAL THERAPY OF PALOS HEIGHTS, P.C. and JOHN DOES 1-10, | ) Magistrate Judge Cole ) ) ) ) |
| Defendants. | ) |

## SCHEDULING ORDER

This case has come before the Court, the parties having met as required by Fed. R. Civ. P 26(f) and engaged in a telephonic conference. The parties have proposed a scheduling order and have been given notice and opportunity to be heard. Therefore, the Court orders as follows:

(A)  The parties will make initial disclosures under Fed. R. Civ. P. 26(a)(1) by July 15, 2008.

(B)  Amendments to the pleadings and/or joinder of additional parties are anticipated and may be sought upon appropriate motion by November 26, 2008.

(C)  All discovery to be commenced in time to be completed by October 15, 2009.

(D)  Reports from retained experts under Rule 26(a)(2) are due from plaintiff by June 26, 2009 and from defendant by July 31, 2009; any reports from plaintiff's rebuttal experts are due August 28, 2009 and from defendant's rebuttal experts by September 25, 2009.

1

    (E)    All potentially dispositive motions shall be filed by November 13, 2009.

    (F)    Pretrial conference set for February 2, 2010 at 1:30 p.m.

    (G)    Trial set for February 8, 2010 at 9:00 a.m.

    (H)    This order shall not be modified except by leave of court on motion for good cause shown.

ENTER

_____
Judge

Dated: 6-26-08