IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| R. RUDNICK & CO., | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 2879 |
| | ) | |
| vs. | ) | Honorable John W. Darrah |
| | ) | |
| ACCELERATED REHABILITATION CENTERS, LTD. | ) ) | Honorable Jeffrey Cole |
| | ) | |
| Defendant. | ) | |

**ACCELERATED REHAB'S NOTICE PURSUANT TO LR 24.1 OF
CHALLENGE TO CONSITUTIONALITY OF FEDERAL STATUTE**

Pursuant to Local Rule 24.1, the defendant Accelerated Rehabilitation Centers, Ltd. hereby gives notice that its Affirmative Defenses to the complaint in this action challenge the constitutionality of certain provisions of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.*, on their face or as applied to this case, on the basis of

   1.   the First Amendment to the United States Constitution (First Affirmative Defense);

   2.   the Equal Protection Clause of the Fourteenth Amendment of the United States Constitution (Second Affirmative Defense); and

2

    3.    the Due Process Clause of the Fifth Amendment of the United States Constitution (Third Affirmative Defense).

                                        Respectfully submitted,
                                        ACCELERATED REHABILITATION CENTERS, LTD.

                                        /s/ Marion B. Adler
                                        Marion B. Adler
                                        Darnella J. Ward
                                        Rachlis Durham Duff & Adler, LLC
                                        542 South Dearborn Street, Suite 900
                                        Chicago, Illinois 60605
                                        (312) 733-3950

Dated: August 5, 2008