IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| R. RUDNICK & CO., | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 2879 |
| | ) | |
| vs. | ) | Honorable John W. Darrah |
| | ) | |
| ACCELERATED REHABILITATION CENTERS, LTD. | ) | Honorable Jeffrey Cole |
| | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING AND**
**CERTIFICATE OF SERVICE**

To:   Daniel A. Edelman (dedelman@edcombs.com)
      Cathleen M. Combs (ccombs@edcombs.com)
      James O. Latturner (jlatturner@edcombs.com)
      Heather Kolbus (hkolbus@edcombs.com)
      Edelman, Combs, Latturner & Goodwin, LLC (courtecl@edcombs.com)
      120 S. LaSalle Street, 18th Floor
      Chicago, Illinois 60603

   PLEASE TAKE NOTICE that on August 5, 2008 we filed with the Clerk of the Court (a) the Answer and Affirmative Defenses of Accelerated Rehab to Corrected, Amended Complaint, and (b) Accelerated Rehab's Notice Pursuant to LR 24.1 of Challenge to Constitutionality of Federal Statute.

   A copy of this notice and the foregoing pleadings were served upon counsel for the plaintiff, as listed above, pursuant to the Court's CM/ECF system on August 5, 2008.

                              /s/ Marion B. Adler
                              One of the Attorneys for Accelerated Rehabilitation Centers, Ltd.

Marion B. Adler
Darnella J. Ward
Rachlis Durham Duff & Adler, LLC
542 South Dearborn Street, Suite 900
Chicago, Illinois 60605
(312) 733-3950